22-2696

Envolve Client Services Group, LLC

v.

Maple Place LP, et. al.

**MARK S. NORRIS**     **TU M. PHAM**