IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSE
WESTERN DIVISION

Envolve Client Services Group, LLC

    Plaintiff,

v.                                                 No. 2:22-cv-02696-MSN-tmp

Maple Place, LP,
NLR RAD Family Homes, LP,
Hickory View RAD, LP,
Holly Knight, and BGC Advantage, LLC
    d/b/a Knight Development

    Defendants

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Before the Court is a motion for Sara M. Lord of Arnall Golden Gregory, LLP, to appear on behalf of Defendants, Maple Place, LP, NLR RAD Family Homes, LP, Hickory View RAD, LP, Holly Knight, and BGC Advantage, LLC d/b/a Knight Development, filed on October 13, 2022. (ECF No. 7). After considering the motion and attached documents, the Court finds that it meets all the requirements of LR 83.4(d). The motion is thus GRANTED. Sara M. Lord is admitted pro hac vice to appear on Defendants' behalf in the above-captioned matter.

    IT IS SO ORDERED, this 26th day of October, 2022.

                                                 /s/Mark S. Norris
                                               MARK S. NORRIS
                                               UNITED STATES DISTRICT COURT JUDGE